## UNITED STATES of America, Plaintiff–Appellee,

v.

## Ivan BIDO, Defendant–Appellant.

No. 05–15317
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 29, 2007.

Alexander J. Michaels, Law Office of Alexander Michaels, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, BIRCH and FAY, Circuit Judges.

PER CURIAM:

Alexander Michaels, counsel for Ivan Bido, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and conviction and sentence are **AFFIRMED.**